IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SHIRLEY ANN SCOTT**                                                                                     **PLAINTIFF**

**v.**                                                               **CIVIL ACTION NO. 4:20-CV-42-SA-JMV**

**ANDREW M. SAUL,**
**Commissioner of Social Security**                                                          **DEFENDANT**

## ORDER

THIS CAUSE having come on for hearing on the Defendant's Unopposed Motion for Stay [6], and this Court, having considered the same and being fully advised in the premises and noting that Plaintiff has no objection, is of the opinion that said Unopposed Motion for Stay should be granted in part.

THEREFORE, IT IS ORDERED that this action is STAYED for 60 days or until such time as the Defendant is able to file a copy of the certified transcript of the record, whichever is earlier.

This 26th day of May, 2020.

/s/ Jane M. Virden
U. S. Magistrate Judge