IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SHIRLEY ANN SCOTT**                                                                                   **PLAINTIFF**

v.                                          **CIVIL ACTION NO. 4:20-CV-42-SA-JMV**

**ANDREW SAUL,**
**Commissioner of Social Security**                                       **DEFENDANT**

## ORDER LIFTING STAY

Before the Court is the Commissioner of Social Security's Unopposed Motion to Lift Stay [8]. For good cause shown, the Court grants the motion. The Commissioner is ordered to file the certified transcript of the record and his Answer to Plaintiff's complaint within seven (7) days of entry of the Court's Order lifting the stay.

SO ORDERED this, the 16th day of June, 2020.

                                            /s/ Jane M. Virden
                                            UNITED STATES MAGISTRATE JUDGE