**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**SHIRLEY ANN SCOTT**                                            **PLAINTIFF**

**V.**                                           **NO. 4:20CV00042-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

**ORDER**

Pending before the Court is Defendant's motion [23] requesting the Court waive oral argument in this case. Having considered the submissions of the parties and finding oral argument is unnecessary and that cancelling the same will not prejudice Plaintiff, the motion is GRANTED. Accordingly, the hearing scheduled for December 18, 2020, is cancelled.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file any reply to Defendant's memorandum brief [22] is extended to November 3, 2020.

**THIS** 27th day of October, 2020.

                                                     **/s/ Jane M. Virden**
                                                     **U.S. MAGISTRATE JUDGE**