**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**SHIRLEY ANN SCOTT**                                                                    **PLAINTIFF**

                                                                    **NO. 4:20CV00042-JMV**

**ANDREW SAUL,**
*Commissioner of Social Security*                                                    **DEFENDANT**


## FINAL JUDGMENT

Consistent with the memorandum opinion [30] entered today, it is hereby **ORDERED**

**and ADJUDGED** that the decision of the Commissioner of the Social Security Administration is

**AFFIRMED**.  Accordingly, the Clerk is directed to close this case.

THIS 2nd day of July, 2021.


/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE